. Dear petioner

81,169-03

I've Been haveing A hard time getting out fuv here so let great me get out fuv here safe so that noBody will let me get going And get out so I will let you go get to much to how I would let me go get great so let me somehow And sometime And somehow to Be something perfect And I And And to Do somehow get gold to somehow that I am to cool good time Away from here And there from somehow that we like to know what whatever I know know that that's why that I will go to hell so somehow I will get Back to you And somehow with me And so I will like to get away from here with conpimpch time will so sorry that I gotty go But got to go got Back Bye.

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 02 2015

Abel Acosta, Clerk

god Bless

Praise

Love Boy

Bless god Bless

Love

if you

Bless god

B
y
e

true god

Lord safe

Love safe

Love Boy

Peace

P
e
a
c
e

Love god

god

good peace time

good Lord

Douglas
Ray
-mitchell

Love